---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Panaceutics Nutrition, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA Panaceutics Nutrition, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4740690 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 6 Davis Drive, Suite 110 <br> Durham, NC 27709 <br> Number, Street, City, State & ZIP Code | PO Box 110263 <br> Research Triangle Park, NC 27709 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Durham <br> County | **Location of principal assets, if different from principal place of business** <br> 2311 Cane Creek Parkway Ringgold, VA 24586 <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://panaceutics.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor   Panaceutics Nutrition, Inc.                                     Case number (if known) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ___3254___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   Panaceutics Nutrition, Inc.                                          Case number (*if known*) _____
         Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

         Contact name   _____

         Phone          _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds** .

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  Panaceutics Nutrition, Inc.                                    Case number (*if known*) _____
        Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____June 30, 2023_____
               MM / DD / YYYY

**X** /s/  L. Staton Noel                               L. Staton Noel
Signature of authorized representative of debtor         Printed name

Title    CEO

**18. Signature of attorney**

**X** /s/ John A Northen                          Date   June 30, 2023
Signature of attorney for debtor                         MM / DD / YYYY

John A Northen 6789
Printed name

Northen Blue LLP
Firm name

1414 Raleigh Rd
Ste 435
Chapel Hill, NC 27517-8834
Number, Street, City, State & ZIP Code

Contact phone   (919) 948-6823        Email address   jan@nbfirm.com

6789 NC
Bar number and State

**RESOLUTION AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE FOR PANACEUTICS NUTRITION, INC.**

WHEREAS, the board of directors (the "Board") of Panaceutics Nutrition, Inc. (the "Company"), at a duly convened meeting at which all members of the Board were present, upon review and consideration of the Company's inability to continue operations at a level sufficient to satisfy outstanding and expected future obligations, determined in the exercise of its business judgment that it is in the best interest of the Company to liquidate the Company's assets and to file a petition commencing a Chapter 7 proceeding in the U.S. Bankruptcy Court for the Middle District of North Carolina.

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file a Chapter 7 petition in the United States Bankruptcy Court for the Middle District of North Carolina, and to otherwise proceed under Chapter 7 of the United States Bankruptcy Code, and

BE IT FURTHER RESOLVED that L. Staton Noel as Chief Executive Officer of the Company is authorized to execute the petition, schedules, statement of financial affairs, reports, and any other documents required for the Chapter 7 filing; and

BE IT FURTHER RESOLVED that the Company shall employ Northen Blue, L.L.P. as its bankruptcy counsel to file the Chapter 7 case and represent the Company in all proceedings thereunder; and

BE IT FURTHER RESOLVED that the Company shall enter into agreements with (i) L. Staton Noel as Chief Executive Officer and (ii) Mark Friedman as Chief Financial Officer, to provide services in such capacities, respectively, through the filing of the Chapter 7 petition and thereafter as reasonably required under applicable provision of the Bankruptcy Code, upon mutually acceptable terms and conditions.

Date: May 30, 2023

Panaceutics Nutrition, Inc.

By: _L. Staton Noel_
_____
      L. Staton Noel, Secretary

**Payments 3/28-6/30/2023**    **Panaceutics-Non-Insider payments over $7,575 3/28-6/30/23**

| Vendor No. | Vendor - Name | Due Date | Document | Document | Description | Total | |
|---|---|---|---|---|---|---|---|
| V00300 | Northen Blue LLP | 6/21/2023 | Payment | PI002211 | Invoice UPI002161 | 5,000.00 | Legal |
| V00300 | Northen Blue LLP | 6/1/2023 | Payment | PI002210 | Invoice UPI002160 | 10,000.00 | Legal |
| **V00300 Total** | | | | | | 15,000.00 | |
| V00281 | Ramp Credit Cards | 4/3/2023 | Payment | PI002034 | Invoice UPI002020 | 5,000.00 | Miscellaneous charges on credit card |
| V00281 | Ramp Credit Cards | 4/18/2023 | Payment | PI002119 | Invoice UPI002066 | 5,283.19 | Miscellaneous charges on credit card |
| V00281 | Ramp Credit Cards | 5/11/2023 | Payment | PI002157 | Invoice UPI002105 | 3,000.00 | Miscellaneous charges on credit card |
| V00281 | Ramp Credit Cards | 5/16/2023 | Payment | PI002159 | Invoice UPI002107 | 1,262.56 | Miscellaneous charges on credit card |
| V00281 | Ramp Credit Cards | 6/20/2023 | Payment | PI002205 | Invoice UPI002158 | 966.02 | Miscellaneous charges on credit card |
| **V00281 Total** | | | | | | 15,511.77 | |
| V00042 | AFCO | 4/3/2023 | Payment | PI002035 | Invoice UPI002021 | 5,619.91 | Insurance finance payments |
| V00042 | AFCO | 5/1/2023 | Payment | PI002128 | Invoice UPI002074 | 5,619.91 | Insurance finance payments |
| V00042 | AFCO | 6/1/2023 | Payment | PI002201 | Invoice UPI002155 | 5,619.91 | Insurance finance payments |
| **V00042 Total** | | | | | | 16,859.73 | |
| V00100 | Scott Insurance | 6/27/2023 | Payment | PI002219 | Invoice UPI002165 | 23,715.00 | Insurance |
| V00100 | Scott Insurance | 6/29/2023 | Payment | PI002220 | Invoice UPI002166 | 9,744.08 | Insurance |
| **V00100 Total** | | | | | | 33,459.08 | |
| V00093 | Pittsylvania County Industrial Dev. Auth. | 4/3/2023 | Payment | PI002033 | Invoice UPI002019 | 11,475.11 | MEL, Rent, loan payments-Ringgold VA |
| V00093 | Pittsylvania County Industrial Dev. Auth. | 4/3/2023 | Payment | ACH PITTS | Pittsylvania County Industrial Dev. Auth. | 20,693.87 | MEL, Rent, loan payments-Ringgold VA |
| **V00093 Total** | | | | | | 32,168.98 | |
| V00043 | ARE-NC Region No. 14, LLC | 4/3/2023 | Payment | WIRE ARE | ARE-Wire payment 4.4.23-April rent and past charges | 50,019.95 | Rent, 6 Davis Drive plus prior month deferred charge |
| V00043 | ARE-NC Region No. 14, LLC | 5/5/2023 | Payment | PI002144 | Invoice UPI002034 | 35,060.12 | Rent, 6 Davis Drive |
| **V00043 Total** | | | | | | 85,080.07 | |
| V00213 | TriNet | 3/31/2023 | Payment | PI002028 | Invoice UPI002000 | 76,946.15 | Payroll |
| V00213 | TriNet | 3/31/2023 | Payment | PI002029 | Invoice UPI001999 | 6,407.81 | Payroll |
| V00213 | TriNet | 4/14/2023 | Payment | PI002080 | Invoice UPI002029 | 6,428.05 | Payroll |
| V00213 | TriNet | 4/28/2023 | Payment | PI002109 | Invoice UPI002063 | 76,407.69 | Payroll |
| V00213 | TriNet | 4/28/2023 | Payment | PI002110 | Invoice UPI002064 | 6,124.96 | Payroll |
| V00213 | TriNet | 5/12/2023 | Payment | PI002160 | Invoice UPI002090 | 6,227.67 | Payroll |
| V00213 | TriNet | 5/30/2023 | Payment | PI002170 | Invoice UPI002118 | 76,291.12 | Payroll |
| V00213 | TriNet | 6/15/2023 | Payment | PI002204 | Invoice UPI002146 | 1,039.00 | Payroll |
| V00213 | TriNet | 6/22/2023 | Payment | PI002208 | Invoice UPI002149 | 12,448.77 | Payroll |
| V00213 | TriNet | 5/26/2023 | Payment | PI002168 | Invoice UPI002116 | 6,307.61 | Payroll |
| V00213 | TriNet | 6/21/2023 | Payment | PI002207 | Invoice UPI002148 | 6,703.45 | Payroll |
| V00213 | TriNet | 6/8/2023 | Payment | PI002198 | Invoice UPI002133 | 7,342.28 | Payroll |
| **V00213 Total** | | | | | | 288,674.56 | |
| **Grand Total** | | | | | | 486,754.19 | |

SOFA EXHIBIT 4

**Panaceutics Nutrition, Inc Insider payments 6/28/22-6/27/23**

| Vendor No. | Vendor - Name | Due Date | Document | Document No. | Description | Total | Notes |
|---|---|---|---|---|---|---|---|
| V00068 | HBC Holding Co LLC | 10/31/2022 | Payment | 3933 | HBC Holding Co LLC | 2,831.99 | Royalty |
| V00068 | HBC Holding Co LLC | 1/30/2023 | Payment | 4042 | HBC Holding Co LLC | 2,951.97 | Royalty |
| V00068 | HBC Holding Co LLC | 4/28/2023 | Payment | 4111 | HBC Holding Co LLC | 2,410.38 | Royalty |
| **V00068 Total** | | | | | | 8,194.34 | |
| V00081 | Lakeview Business Adv | 6/30/2022 | Payment | PI001515 | Invoice UPI001495 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 7/29/2022 | Payment | PI001568 | Invoice UPI001547 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 8/31/2022 | Payment | PI001627 | Invoice UPI001605 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 9/30/2022 | Payment | PI001675 | Invoice UPI001645 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 10/28/2022 | Payment | PI001767 | Invoice UPI001736 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 11/30/2022 | Payment | PI001798 | Invoice UPI001789 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 12/28/2022 | Payment | PI001868 | Invoice UPI001835 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 1/31/2023 | Payment | LVBAM-PARTIAL 1.2023 | Lakeview Business Advisory and Management, LLC | 7,500.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 3/31/2023 | Payment | PI002030 | Invoice UPI002015 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 4/28/2023 | Payment | PI002121 | Invoice UPI002067 | 15,000.00 | Contract services--CFO |
| V00081 | Lakeview Business Adv | 6/15/2023 | Payment | 1111 | Lakeview Business Advisory and Management, LLC | 15,000.00 | Retention payment-related to bankruptcy |
| V00081 | Lakeview Business Adv | 6/14/2023 | Payment | PI002203 | Invoice UPI002157 | 15,000.00 | Contract services--CFO |
| **V00081 Total** | | | | | | 172,500.00 | |
| V00137 | Staton Noel | 11/16/2022 | Payment | 3949 | Staton Noel | 1,333.79 | Expense reimbursement |
| V00137 | Staton Noel | 6/15/2023 | Payment | PI002214 | Invoice UPI002164 | 20,000.00 | Retention payment-related to bankruptcy |
| **V00137 Total** | | | | | | 21,333.79 | |
| Grand Total | | | | | | | |
| **Grand Total** | | | | | | 202,028.13 | |

Staton Noel--also during period:

| Gross Wages | Benefits | 401K |
|---|---|---|
| 174,431.81 | 6,880.00 | 7,197.49 |

**Fill in this information to identify the case:**

Debtor name    Panaceutics Nutrition, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 30, 2023     **X** /s/   L. Staton Noel
                                       Signature of individual signing on behalf of debtor

                                       L. Staton Noel
                                       Printed name

                                       CEO
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   Panaceutics Nutrition, Inc.

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $    1,295,177.04

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $    1,295,177.04

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    3,551,164.59

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    7,075.45

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    282,439.89

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b     $    3,840,679.93

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name __Panaceutics Nutrition, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.      **Cash on hand** | $28.32 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  Truist Bank | Checking | 5746 | $25,391.01 |
| 3.2.  Truist Bank | Money market | 0503 | $3,383.81 |
| 3.3.  Brex Treasury, LLC | Other financial account | 0945 | $70,931.56 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

| | |
| --- | --- |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $99,734.70 |

### Part 2:      Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☒ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    Panaceutics Nutrition, Inc.          Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 7.1. | Security deposit, lease for NC premises | $18,558.34 |
| 7.2. | Security deposit, lease for VA premises | $6,750.00 |
| 7.3. | Security deposit, Sigma Equipment lease | $5,500.00 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Vendor prepayments | $4,363.00 |

**9.**    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$35,171.34

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:      40,000.00   –      0.00   = ....    $40,000.00
                       face amount            doubtful or uncollectible accounts

**12.**    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$40,000.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** Raw material items | | $107,031.00 | Book Value | $107,031.00 |
| Packaging | | $18,919.00 | Book Value | $18,919.00 |

Debtor     Panaceutics Nutrition, Inc.                                    Case number *(If known)*
               Name

| Consumables | | $14,429.00 | Book Value | $14,429.00 |
|---|---|---|---|---|

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**
    Add lines 19 through 22.   Copy the total to line 84.

    | $140,379.00 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.   Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.   Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Value included in item 50 | $0.00 | | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.   Copy the total to line 86.

    | $0.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Panaceutics Nutrition, Inc.                                    Case number *(If known)* _____
         Name

---

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Machinery & equipment | $261,978.00 | Book Value | $261,978.00 |
| Machinery & equipment-MEL purchased | $205,755.00 | Book Value | $205,755.00 |
| Machinery & equipment-MEL leased | $205,755.00 | Book Value | $205,755.00 |
| Computer equipment | $6,404.00 | Book Value | $6,404.00 |

**51.   Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$679,892.00

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   Leasehold<br>improvements | Lessee | $250,576.00 | Book Value | Unknown |

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Panaceutics Nutrition, Inc.
      Name

Case number *(If known)* _____

---

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

<br>

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** **Patents, copyrights, trademarks, and trade secrets** <br> Patents | $73,694.00 | Book Value | Unknown |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** <br> Intangible assets | $8,070,000.00 | Book Value | Unknown |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  Panaceutics Nutrition, Inc.                                      Case number *(If known)* _____
        Name

|  | | Current value of debtor's interest |
|---|---|---|

**71.**   **Notes receivable**
           Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
           Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

           D&O liability policy, extended reporting period                            Unknown

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**
           Keen Growth Capital Fund II LP: installment
           past due and in default                                                $300,000.00
           **Nature of claim**      Funding obligation
           **Amount requested**          $300,000.00

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**

           Add lines 71 through 77. Copy the total to line 90.            $300,000.00

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
           ☒ No
           ☐ Yes

Debtor    Panaceutics Nutrition, Inc.                                   Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $99,734.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $35,171.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $140,379.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $679,892.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,295,177.04 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,295,177.04 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Panaceutics Nutrition, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1    ARE-NC Region No. 14, LLC**

| | |
|---|---|
| Creditor's Name<br>Alexandria Real Estate Equities, Inc.<br>Attn: Oliver Sherrill<br>26 North Euclid Ave.<br>Pasadena, CA 91101 | **Describe debtor's property that is subject to a lien**<br>Security deposit, lease for NC premises |

Amount of claim: **$149,714.59**    Value of collateral: **$18,558.34**

Creditor's mailing address

**Describe the lien**
Possessory

osherrill@are.com

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/1/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2    DSM Venturing B.V.**

| | |
|---|---|
| Creditor's Name<br>Attn: Officer<br>Urmonderbaan 22<br>Geleen LI 6167<br>Netherlands | **Describe debtor's property that is subject to a lien**<br>Trade accounts; Raw material items; Packaging; Consumables; Machinery & equipment; Computer equipment; Intangible assets |

Amount of claim: **$2,736,989.00**    Value of collateral: **$448,761.00**

Creditor's mailing address

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/7/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   __Panaceutics Nutrition, Inc.__                        Case number (if known) _____
Name

| | including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

---

| 2.3 | Industrial Development Authority | Describe debtor's property that is subject to a lien | $161,711.00 | $418,260.00 |

Creditor's Name
Attn: Matthew D. Rowe, Director of Economic Dev.
1 Center Street
PO Box 426
Chatham, VA 24531
Creditor's mailing address

Machinery & equipment-MEL purchased; Machinery & equipment-MEL leased; Leasehold improvements; Security deposit, lease for VA premises

Describe the lien
Non-Purchase Money Security

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes, Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
7/10/2018
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.4 | Keen Growth Capital Fund II LP | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

Creditor's Name
Attn: Jonathan Smiga, Managing Partner
513 Main Street
Windermere, FL 34786
Creditor's mailing address

jonathan@keengrowthcapital.com
Creditor's email address, if known

Describe the lien
Non-Purchase Money Security

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
3/15/2023
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 | Launch Place Seed Fund II, LLC | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |

Creditor's Name
Attn: Eva Doss
527 Bridge Street, Suite 200
Danville, VA 24541
Creditor's mailing address

Describe the lien
Non-Purchase Money Security

Is the creditor an insider or related party?
☒ No

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor  Panaceutics Nutrition, Inc.                     Case number (if known) _____
            Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| 3/15/2023 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

**2.6** Sigma Equipment, Inc.

Creditor's Name
Attn: Officer
424 E. Inglefield Rd
Evansville, IN 47725

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Security deposit, Sigma Equipment lease                     $2,750.00          $5,500.00

**Describe the lien**
UCC-1 Financing Statement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
4/15/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.7** Worth Harris

Creditor's Name

608 Gaston Street
Raleigh, NC 27603

Creditor's mailing address

**Describe debtor's property that is subject to a lien**                     $200,000.00          $0.00

**Describe the lien**
Non-Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
3/15/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $3,551,164.59

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 3 of 4

Debtor    Panaceutics Nutrition, Inc.                                    Case number (if known) _____
          Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Adrienne Zitka<br>DSM North America Legal<br>45 Waterview Blvd.<br>Parsippany, NJ 07054 | Line  2.2 | |
| DSM Venturing B.V.<br>Attn: Pieter Wolters, Managing Director<br>Het Overloon 1, 6411 TE Heerlen<br>The Netherlands | Line  2.2 | |
| J. Vaden Hunt, County Attorney<br>1 Center Street<br>PO Box 426<br>Chatham, VA 24531 | Line  2.3 | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __Panaceutics Nutrition, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
Delaware Dept. of State
Division of Corporations
PO Box 898
Dover, DE 19903 | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $4,100.38 | $4,100.38

Date or dates debt was incurred | Basis for the claim:
Franchise tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?
☒ No
☐ Yes

**2.2** | Priority creditor's name and mailing address
Pittsylvania County Treasurer
Attn: Kim Van Der Hyde
PO Box 426
Chatham, VA 24531 | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed | $2,975.07 | $2,975.07

Date or dates debt was incurred | Basis for the claim:
Ad Valorem Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?
☒ No
☐ Yes

**2.3** | Priority creditor's name and mailing address
Virginia Dept of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218-1115 | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed | Unknown | Unknown

Date or dates debt was incurred | Basis for the claim:
Sales Tax

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?
☒ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Panaceutics Nutrition, Inc.**
_____    Case number *(if known)*   _____
Name

out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| | **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**3.1** | **Nonpriority creditor's name and mailing address**
Americold Logistics, LLC
111 Imperial Drive
Sanford, NC 27330

**Amount of claim: Unknown**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Storage_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Aptean, Inc.
PO Box 743722
Atlanta, GA 30374-3722

**Amount of claim: $95,699.00**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _various_

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
ARC3 Gases, Inc.
Attn:  Officer
PO Box 896866
Charlotte, NC 28289-6866

**Amount of claim: $127.35**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Dodson Bros. Exterminating Co., Inc.
Attn: Officer
PO Box 10219
Danville, VA 24543

**Amount of claim: $600.00**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Economy Exterminators, Inc.
Attn: Officer
PO Box 4493
Cary, NC 27519

**Amount of claim: $66.91**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Edison Consults, LLC
Attn: Officer
202 Hemler Dr.
Chapel Hill, NC 27517

**Amount of claim: $2,500.00**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Consulting services_

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
EMSL Analytical, Inc.
Attn: Officer
200 Route 130 North
Riverton, NJ 08077

**Amount of claim: $1,238.30**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Panaceutics Nutrition, Inc.
      Name

Case number (if known) _____

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,958.65 |

**3.8** Nonpriority creditor's name and mailing address
Eurofins Food Chemistry Testing US Inc.
Attn: Officer
PO BOX 1482
Carol Stream, IL 60132-1482

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$9,958.65

---

**3.9** Nonpriority creditor's name and mailing address
Everworks Ltd.
Attn: Officer
268 Bush Street 3334
San Francisco, CA 94104

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$9,000.00

---

**3.10** Nonpriority creditor's name and mailing address
FedEx
Attn: Officer
PO Box 223125
Pittsburgh, PA 15251-2125

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$259.11

---

**3.11** Nonpriority creditor's name and mailing address
First Piedmont Corp.
Attn: Officer
PO Box 1069
Chatham, VA 24531

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$336.30

---

**3.12** Nonpriority creditor's name and mailing address
GCR Company, Inc.
Attn:   Officer
1104 Seymour Drive
PO Box 511
South Boston, VA 24592

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$625.00

---

**3.13** Nonpriority creditor's name and mailing address
Green Wave Ingredients, Inc.
Attn: Officer
PO Box 102922
Pasadena, CA 91889-2922

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$500.00

---

**3.14** Nonpriority creditor's name and mailing address
Hire Dynamics
Attn: Officer
PO Box 116834
Atlanta, GA 30368-6834

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

$2,953.75

---

Debtor  Panaceutics Nutrition, Inc.
_____
      Name

Case number (if known) _____

| | |
|---|---|

**3.15** | **Nonpriority creditor's name and mailing address**
Hughes Pittman Gupton
1500 Sunday Drive, Suiite 300
Raleigh, NC 27607

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _Consulting services_

Is the claim subject to offset?  ☒ No  ☐ Yes

$3,200.00

---

**3.16** | **Nonpriority creditor's name and mailing address**
Insight Software
Attn: Officer
PO Box 200386
Pittsburgh, PA 15251-0386

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset?  ☒ No  ☐ Yes

$270.03

---

**3.17** | **Nonpriority creditor's name and mailing address**
Lakeview Business Advisory & Management
Attn: Officer
7217 Blaney Bluffs Lane
Raleigh, NC 27606

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Consulting services_

Is the claim subject to offset?  ☒ No  ☐ Yes

$22,500.00

---

**3.18** | **Nonpriority creditor's name and mailing address**
OneFul Health, Inc.
Attn: Officer
PO Box 110263
Durham, NC 27709

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _License fees_

Is the claim subject to offset?  ☒ No  ☐ Yes

$13,718.67

---

**3.19** | **Nonpriority creditor's name and mailing address**
Pittsylvania Co. Treasurer
Attn: Kim Van Der Hyde
PO Box 426
Chatham, VA 24531

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utilities_

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,544.63

---

**3.20** | **Nonpriority creditor's name and mailing address**
Prollergy Corporation
Attn: Mike Reynoldson
6345 Balboa Blvd
Bldg 3, Ste 350
Encino, CA 91316

**Date(s) debt was incurred** _Various_
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Deposit on purchase order_

Is the claim subject to offset?  ☒ No  ☐ Yes

$88,800.00

---

**3.21** | **Nonpriority creditor's name and mailing address**
Pureflow, Inc.
Attn: Officer
Dept. #808
P.O. Box 1000
Memphis, TN 38148

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Equipment lease_

Is the claim subject to offset?  ☒ No  ☐ Yes

$563.00

---

| Debtor | Panaceutics Nutrition, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.43
Southeastern Paper Group, Inc.
Attn: Officer
P.O. Box 330
Browns Summit, NC 27214-0300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $997.00
Southern Air, Inc.
Attn: Officer
PO Box 4205
Lynchburg, VA 24502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $162.00
Southern Security Group, Inc.
Attn: Officer
1421 E. Broad St., Suite 348
Fuquay Varina, NC 27526

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $393.75
Spinak Consulting LLC
Attn: Officer
5 Park Place, Suite 317
Annapolis, MD 21401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,112.00
Spraying Systems Co
Attn: Officer
PO Box 95564
Chicago, IL 60694-5564

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,399.02
Triangle Compounding Pharmacy Inc
Attn: Officer
3700 Regency Parkway, Suite 140
Cary, NC 27518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $279.97
Uline
Attn: Officer
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Debtor  Panaceutics Nutrition, Inc.                                  Case number (if known) _____
        Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,523.02 |

VideoJet Technologies, Inc.
Attn: Officer
12113 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Equipment lease_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,092.00 |

Wyrick Robbins Yates & Ponton LLP
Attn: Officer or Managing Agent
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Attorney Fees_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 7,075.45 |
| **5b. Total claims from Part 2** | 5b. + | $ 282,439.89 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 289,515.34 |

**Fill in this information to identify the case:**

Debtor name    Panaceutics Nutrition, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | R/E lease, Suites 108, 209 & S134 6 Davis Drive, Durham, NC | |
| | State the term remaining | January 31, 2024 | ARE-NC Region No. 14, LLC Alexandria Real Estate Equities, Inc. Attn: Oliver Sherrill 26 North Euclid Ave. Pasadena, CA 91101 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | R/E lease & option, 2311 Cane Creek Pkwy, Ringgold East Industrial Park, Pittsylvania Co., PA | |
| | State the term remaining | July 2028 | Industrial Development Authority Attn: Matthew D. Rowe, Director of Economic Dev. 1 Center Street PO Box 426 Chatham, VA 24531 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
| | State the term remaining | | OneFul Health, Inc. Attn: Edison Hudson, Jr. 3700 Regency Parkway, Suite 140 Cary, NC 27518 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Retention agreement for transition services | |
| | State the term remaining | | Lakeview Business Advisory & Management Attn: Mark Friedman 7217 Blaney Bluffs Lane Raleigh, NC 27606 |
| | List the contract number of any government contract | | |

Debtor 1    Panaceutics Nutrition, Inc.                                        Case number *(if known)* _____

　　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Retention Agreement for transition services

State the term remaining

List the contract number of any government contract

L. Staton Noel
6 Davis Drive, Suite 110
Durham, NC 27709

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Equipment rental agreement

State the term remaining

List the contract number of any government contract

Sigma Equipment, Inc.
Attn: Officer
424 E. Inglefield Rd
Evansville, IN 47725

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — Equipment service agreement

State the term remaining

List the contract number of any government contract

Videojet
Attn: Brent Walton
1500 Mittel Boulevard
Wood Dale, IL 60191

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — Filtration system

State the term remaining

List the contract number of any government contract

Pureflow, Inc.
1241 Jay Lane
Graham, NC 27253

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — Maintenance agreement

State the term remaining

List the contract number of any government contract

Pureflow Inc.
Dept. #808
PO Box 1000
Memphis, TN 38148

Debtor 1  Panaceutics Nutrition, Inc.                                Case number *(if known)*  _____
          First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.10.  State what the contract or lease is for and the nature of the debtor's interest

Technology usage agreement

State the term remaining

List the contract number of any government contract

PathoSans
Attn: Christine Oxenrider
100 W. Lake Dr.
Glendale Heights, IL 60139

**Fill in this information to identify the case:**

Debtor name   Panaceutics Nutrition, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.11  OneFul Health, Inc. | f/k/a Panacea Biomatx, Inc.<br>Attn: Edison Hudson, Jr.<br>3700 Regency Parkway, Suite 140<br>Cary, NC 27518 | Industrial Development Authority | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Panaceutics Nutrition, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other | $147,067.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | $217,293.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other | $79,408.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Panaceutics Nutrition, Inc.                                              Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See attached exhibit 3 | various | $486,754.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  see exhibit |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See attached exhibit 4<br><br>see exhibit | various | $202,028.00 | see exhibit |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Panaceutics Nutrition, Inc.                                    Case number *(if known)*

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case**.**

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Northen Blue LLP<br>1414 Raleigh Road, Suite 435<br>Chapel Hill, NC 27517 | | June 1, 2023 | $10,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Northen Blue, LLP | | June 20, 2023 | $5,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    Panaceutics Nutrition, Inc.                                             Case number *(if known)*

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.    2311 Cane Creek Parkway Ringgold, VA 24586 | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Panaceutics Nutrition, Inc. | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20.** **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Cold storage<br>111 Imperial Drive<br>Sanford, NC 27330 | Manager<br>Americold Logistics, LLC<br>111 Imperial Drive<br>Sanford, NC 27330 | inventory | ☐ No<br>☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.** **Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

Debtor   Panaceutics Nutrition, Inc.                                           Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Lakeview Business Advisory & Management<br>7217 Blaney Bluffs Lane<br>Raleigh, NC 27606 | 6/8/2020-present |
| 26a.2. | Hughes Pittman & Gupton LLP<br>1500 Sunday Drive, Suite 300<br>Raleigh, NC 27607 | 2020-2021 tax returns |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| L. Staton Noel | lsnoel3@gmail.com | Director, CEO | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Panaceutics Nutrition, Inc.                                     Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Ed Hauck | ed@nutritionadvisors.com | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Scott Horner | scott.horner@dsm.com - | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Mark Friedman | friedman.mark@gmail.com | CFO | terminated 5/30/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Gregory McParland | greg.mcparland@dsm.com | Director | resigned April 17, 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Adam Monroe | adam.uamonroe@gmail.com | Director and CEO | resigned October 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Eva Doss | edoss@thelaunchplace.org | Director | resigned May 30, 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| Worth Harris | worth.harris@gmail.com | Director | resigned May 30, 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | L. Staton Noel | gross salary, $174,432 | various | services |
| | **Relationship to debtor** officer | | | |

Debtor   Panaceutics Nutrition, Inc.                                    Case number *(if known)*

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 30, 2023

/s/   L. Staton Noel                                           L. Staton Noel
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    CEO

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Panaceutics Nutrition, Inc.
_____
Debtor(s)

Case No. _____

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................. $ _____15,000.00

   Prior to the filing of this statement I have received ...................................... $ _____15,000.00

   Balance Due ................................................................................................ $ _____0.00

2. $ _338.00_ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Analysis of financial situation, and rendering of advice and assistance to client in determining if a petition should be filed under Title 11 of the US Code. Preparation and filing of the petition, schedules and statement of affairs and other documents required by the court, including any amendments to the schedules. Represenation at the meeting of creditors. Representation of debtor in providing Trustee or Bankrutpcy Administrator with compliance documents or other information and documents.  Unless otherwise stated fee paid by client includes filing fees.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Adversary Proceedings.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   June 30, 2023
   _____
   _Date_

   /s/ John A Northen
   _____
   John A Northen 6789
   _Signature of Attorney_
   Northen Blue LLP
   1414 Raleigh Rd
   Ste 435
   Chapel Hill, NC 27517-8834
   (919) 948-6823   Fax: (919) 942-6603
   jan@nbfirm.com
   _____
   _Name of law firm_

---

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Panaceutics Nutrition, Inc.                                     Case No.
                                          Debtor(s)         Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 30, 2023                    /s/  L. Staton Noel
                                           L. Staton Noel/CEO
                                          Signer/Title

Adrienne Zitka
DSM North America Legal
45 Waterview Blvd.
Parsippany, NJ 07054


Americold Logistics, LLC
111 Imperial Drive
Sanford, NC 27330


Aptean, Inc.
PO Box 743722
Atlanta, GA 30374-3722


ARC3 Gases, Inc.
Attn:  Officer
PO Box 896866
Charlotte, NC 28289-6866


ARE-NC Region No. 14, LLC
Attn: Oliver Sherrill
Alexandria Real Estate Equities, Inc. 26
Pasadena, CA 91101


Delaware Dept. of State
Division of Corporations PO Box 898
Dover, DE 19903


Dodson Bros. Exterminating Co., Inc.
Attn: Officer
PO Box 10219
Danville, VA 24543


DSM Venturing B.V.
Attn: Officer
Urmonderbaan 22 Geleen LI 6167 Netherlan


DSM Venturing B.V.
Attn: Pieter Wolters, Managing Director
Het Overloon 1, 6411 TE Heerlen The Neth


Economy Exterminators, Inc.
Attn: Officer
PO Box 4493
Cary, NC 27519


Edison Consults, LLC
Attn: Officer
202 Hemler Dr.
Chapel Hill, NC 27517


EMSL Analytical, Inc.
Attn: Officer
200 Route 130 North
Riverton, NJ 08077

Eurofins Food Chemistry Testing US Inc.
Attn: Officer
PO BOX 1482
Carol Stream, IL 60132-1482


Everworks Ltd.
Attn: Officer
268 Bush Street 3334
San Francisco, CA 94104


FedEx
Attn: Officer
PO Box 223125
Pittsburgh, PA 15251-2125


First Piedmont Corp.
Attn: Officer
PO Box 1069
Chatham, VA 24531


GCR Company, Inc.
Attn:  Officer
1104 Seymour Drive PO Box 511
South Boston, VA 24592


Green Wave Ingredients, Inc.
Attn: Officer
PO Box 102922
Pasadena, CA 91889-2922


Hire Dynamics
Attn: Officer
PO Box 116834
Atlanta, GA 30368-6834


Hughes Pittman Gupton
1500 Sunday Drive, Suiite 300
Raleigh, NC 27607


Industrial Development Authority
Attn: Matthew D. Rowe, Director of Econo
1 Center Street PO Box 426
Chatham, VA 24531


Insight Software
Attn: Officer
PO Box 200386
Pittsburgh, PA 15251-0386


J. Vaden Hunt, County Attorney
1 Center Street PO Box 426
Chatham, VA 24531


Keen Growth Capital Fund II LP
Attn: Jonathan Smiga, Managing Partner
513 Main Street
Windermere, FL 34786

L. Staton Noel
6 Davis Drive, Suite 110
Durham, NC 27709


Lakeview Business Advisory & Management
Attn: Officer
7217 Blaney Bluffs Lane
Raleigh, NC 27606


Lakeview Business Advisory & Management
Attn: Mark Friedman
7217 Blaney Bluffs Lane
Raleigh, NC 27606


Launch Place Seed Fund II, LLC
Attn: Eva Doss
527 Bridge Street, Suite 200
Danville, VA 24541


OneFul Health, Inc.
Attn: Officer
PO Box 110263
Durham, NC 27709


OneFul Health, Inc.
Attn: Edison Hudson, Jr.
f/k/a Panacea Biomatx, Inc. 3700 Regency
Cary, NC 27518


OneFul Health, Inc.
Attn: Edison Hudson, Jr.
3700 Regency Parkway, Suite 140
Cary, NC 27518


PathoSans
Attn: Christine Oxenrider
100 W. Lake Dr.
Glendale Heights, IL 60139


Pittsylvania Co. Treasurer
Attn: Kim Van Der Hyde
PO Box 426
Chatham, VA 24531


Pittsylvania County Treasurer
Attn: Kim Van Der Hyde
PO Box 426
Chatham, VA 24531


Prollergy Corporation
Attn: Mike Reynoldson
6345 Balboa Blvd Bldg 3, Ste 350
Encino, CA 91316


Pureflow Inc.
Dept. #808 PO Box 1000
Memphis, TN 38148

Pureflow, Inc.
Attn: Officer
Dept. #808 P.O. Box 1000
Memphis, TN 38148


Pureflow, Inc.
1241 Jay Lane
Graham, NC 27253


Sigma Equipment, Inc.
Attn: Officer
424 E. Inglefield Rd
Evansville, IN 47725


Southeastern Paper Group, Inc.
Attn: Officer
P.O. Box 330
Browns Summit, NC 27214-0300


Southern Air, Inc.
Attn: Officer
PO Box 4205
Lynchburg, VA 24502


Southern Security Group, Inc.
Attn: Officer
1421 E. Broad St., Suite 348
Fuquay Varina, NC 27526


Spinak Consulting LLC
Attn: Officer
5 Park Place, Suite 317
Annapolis, MD 21401


Spraying Systems Co
Attn: Officer
PO Box 95564
Chicago, IL 60694-5564


Triangle Compounding Pharmacy Inc
Attn: Officer
3700 Regency Parkway, Suite 140
Cary, NC 27518


Uline
Attn: Officer
PO Box 88741
Chicago, IL 60680-1741


Videojet
Attn: Brent Walton
1500 Mittel Boulevard
Wood Dale, IL 60191


VideoJet Technologies, Inc.
Attn: Officer
12113 Collection Center Drive
Chicago, IL 60693

Virginia Dept of Taxation
Office of Customer Services
P.O. Box 1115
Richmond, VA 23218-1115


Worth Harris
608 Gaston Street
Raleigh, NC 27603


Wyrick Robbins Yates & Ponton LLP
Attn: Officer or Managing Agent
4101 Lake Boone Trail, Suite 300
Raleigh, NC 27607